

# MANDATE

## The Fifteenth Court of Appeals

### NO. 15-24-00003-CV

AFLOA, LLC, Appellant

v.

Texas Department of Motor Vehicles, Appellee

Appealed from the 455th District Court of Travis County. (Trial Court No. D-1-GN-22-006692). Opinion delivered by Justice Farris. Chief Justice Brister and Justice Field also participating.

**TO THE 455TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:**

Before our Court of Appeals on January 16, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Texas Department of Motor Vehicles, signed, September 29, 2023, was heard on the appellate record. We have inspected the record and find the trial court lacked subject matter jurisdiction. We therefore order the judgment of the court below **VACATED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas.



**CHRISTOPHER A. PRINE, CLERK**